UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAM LAUER,<br>Individually and On Behalf of All Others<br>Similarly Situated, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 1:25-cv-02438 |
| v. | )<br>) | Judge John J. Tharp Jr. |
| JOHN PAUL MITCHELL SYSTEMS, | )<br>) | Magistrate Judge Laura K. McNally |
| Defendant. | )<br>) | |

## MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant John Paul Mitchell Systems ("JPMS"), by its attorneys and pursuant to Federal Rules of Civil Procedure 9; 12(b)(1); 12(b)(2); and 12(b)(6), hereby moves to dismiss Plaintiff's Second Amended Complaint ("SAC", ECF No. 32) in its entirety and for other such relief as the Court deems just and appropriate. The bases for this Motion are fully set forth in JPMS's accompanying Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint and incorporated herein.

Date: August 11, 2025

Respectfully submitted,

By: */s/ Amy Starinieri Gilbert*

Amy Starinieri Gilbert (IL ARDC: 6317954)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
agilbert@mcguirewoods.com
Telephone: 312.750.8673
Fax: 312.698.4563